IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

B.K., FATHER OF A.R., A CHILD,

      Appellant,

  v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____/

Case No.  5D22-1709
LT Case No. 2021-D- 00077- SH

Decision filed November 7, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

Tiffany Gatesh Fearing, of Suncoast
Legal Group, P.L. Spring Hill, for Appellant.

Kelly Schaeffer, of Children's Legal Services,
Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Desiree Erin Fernandez, Senior
Attorney, Appellate Division, of Statewide Guardian
ad Litem Office, Tallahassee, for Guardian ad Litem

Donald Allen Mihokovich, of Adams and Reese, LLP
Tampa, Pro Bono for the Florida Statewide Guardian
ad Litem Office Defending Best Interests Project

PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.